# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 541 |
| | : |
| ORDER AMENDING PENNSYLVANIA | : CRIMINAL PROCEDURAL RULES DOCKET |
| RULE OF CRIMINAL PROCEDURE | : |
| 131 | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of November, 2022, the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 131 of the Pennsylvania Rules of Criminal Procedure is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.